# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

525 LANCASTER AVE APTS, LP : No. 304 MAL 2015
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
BERKS COUNTY BOARD OF :
ASSESSMENT APPEALS, BERKS :
COUNTY, READING SCHOOL :
DISTRICT, CITY OF READING :
:
:
:
PETITION OF: BERKS COUNTY BOARD :
OF ASSESSMENT APPEALS :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.